UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :  STIPULATION AND ORDER FOR
                                  :  RELEASE OF PROPERTY
         -v.-                     :
                                  :  15 Cr. 444 (GBD)
RICHARD MALCOLM,                  :
                                  :
         Defendant.               :
                                  :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about July 10, 2015, RICHARD MALCOLM (the "defendant"), and another, were charged in a two-count Indictment, 15 Cr. 444 (GBD) (the "Indictment"), with interstate transportation of stolen property, in violation of 18 U.S.C. §§ 2314 and 2 (Count One); and conspiracy to commit wire fraud, in violation of Title 18 U.S.C. § 1349 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, of any property, real or personal, which constitutes, or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment;

WHEREAS, on or about November 12, 2015, the defendant pled guilty to Counts One and Two of the Indictment;

1

WHEREAS, on June 17, 2016, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Properties/Money Judgment (the "Preliminary Order of Forfeiture"), (D.E. 39), imposing a forfeiture money judgment in the amount of $114,500 in United States currency, and forfeiting all of the defendant's right, title and interest in, *inter alia*, the following:

a. All documents recovered on or about April 9, 2015 from the New York Historical Society and listed on Schedule A;

b. All documents recovered on or about May 12, 2015 from Rebecca Malcolm and listed on Schedule B;

(collectively, the "Subject Property");

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Properties was posted on an official government internet site (www.forfeiture.gov) beginning on April 28, 2018 for thirty (30) consecutive days, through May 27, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on DATE (D.E. XX);

WHEREAS, on or about August 10, 2018, notice of the Preliminary Order of Forfeiture was sent by Federal Express, to:

a. Kurt Pitzer;

2

      b. Lawrence Rearick;

      c. Ryan Drobot;

      d. Thomas Reynolds;

      e. Don McCuem;

      f. Shawn Thomas;

      g. Reynold Paris;

      h. Bill O'Reilly;

      i. Nathan Raab;

      j. Richard Zack, attorney for Nathan Raab;

      k. John C. Conrad, attorney for Jerome Ruzicka;

      l. Marylyn Lee Allen;

(the "Noticed Parties");

WHEREAS, on or about September 18, 2018, Marylyn Virginia Leet and Robert Townsend Leet (the "Claimants") submitted a petition to the Government claiming an interest in the Subject Property;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no other petitions or claims to contest the forfeiture of the Subject Property have been filed;

WHEREAS, the Defendant, the Claimants, and the Noticed Parties are the only persons and/or entities known by the

3

Government to have a potential interest in the Subject Property; and

WHEREAS, the United States and the Claimants wish to resolve this matter without further litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States Attorney Jordan Estes, of counsel, and the Claimants, that

1. The Government shall not seek the forfeiture of the Subject Property and shall release the Subject Property to the claimants, Marilyn Virginia Leet and Robert Leet.

2. The Claimants are hereby barred from asserting, or assisting others in asserting, any claim against the United States (including but not limited to the Department of Justice ("DOJ"), the United States Attorney's Office for the Southern District of New York ("SDNY-USAO"), the FBI, and the USMS, and any agents and employees of the United States, in connection with or arising out of the seizure, restraint, and/or constructive possession of the Subject Property, including, but not limited to, any claim that there was no probable cause to seize the Subject Property, that the Claimants are a prevailing

4

party, or that the Claimants are entitled to attorney's fees or any award of interest.

3. The Claimants represent that they are the sole owners of the Subject Property and agrees to hold harmless the United States (including but not limited to the DOJ, the SDNY-USAO, the FBI and the USMS), and any agents and employees of the United States, from any and all claims in connection with or arising out of the seizure, restraint, and/or constructive possession of the Subject Property, including but not limited to any third-party claims of ownership of the Subject Property.

4. The Claimants hereby agree to waive all rights to appeal or otherwise challenge or contest the validity of this Stipulation and Order for Release.

5. Each party to this Stipulation and Order shall bear its own costs and attorney's fees.

**SPACE INTENTIONALLY**

**LEFT BLANK**

6. This Stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which, when taken together, shall be deemed the complete Stipulation. Fax or PDF copies shall be treated as originals.

Agreed and consented to:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: /s Jordan Estes
JORDAN ESTES
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel.: (212) 637-2543

09/30/2020
DATE

MARILYN VIRGINIA LEET
Claimant

By: *Marilyn V Leet*
MARILYN VIRGINIA LEET

07-29-2020
DATE

ROBERT LEET
Claimant

By: *[signature]*
ROBERT LEET

7·23·20
DATE

SO ORDERED:

*George B. Daniels*
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

OCT 0 1 2020
DATE

6

Case 1:15-cr-00444-KTD Document 38-2 Filed 08/18/16 Page 1 of 6

## Schedule A

| Ref. No. | Item | Description | Size |
|---|---|---|---|
| 7 | Grant, Gen. U.S., Autograph Dispatch | signed. City Point, July 8, 1864. To Maj. Gen Halleck, Washington. Oblong 8vo -- Short ALS to Halleck advising Ord is in good health and mentions he can send him to repalce Sigel. Tone of urgency in his letter | Oblong 8vo |
| 33 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to. - City Point, Aug 22, 1864. To Maj. Gen Meade. | 4to |
| 37 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to. Head Quarters, Fort Powhattan, Aug 23, 1864, 1:15 To Meade: | 4to |
| 47 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, Aug 25, 1864, To Maj. Gen. Meade. | 4to |
| 71 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, Sept 4, 1864, To Maj. Gen. Parks. | 4to |
| 79 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to. Head Quarters, City Point, Sept 12, 1864. To Maj. Gen Butler -- on HQ Armies of US letterhead. | 4to |
| 88 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, Sept 22, 1864, To Maj. Gen. Meade.  on HQ Armies of US letterhead.  on HQ Armies of US letterhead. | 4to |
| 106 | Grant, Gen. U.S., Autograph Dispatch | signed, in the hand of his Aide-de-Camp, 8vo, in pencil. Deep Bottom, Sept 29 (1864), 4:45 P.M. To Maj. Gen. Butler. 8vo. | 8vo |
| 107 | Grant, Gen. U.S., ~~Autograph~~ Dispatch | ~~signed~~, in the hand of his Aide-de-Camp, in pencil. Deep Bottom, Sept 29 1864, 3:30 P.M. To Maj. Gen. Butler. | 8vo |
| 108 | Grant, Gen. U.S., ~~Autograph~~ Dispatch | ~~signed~~, in the hand of his Aide-de-Camp, 8vo, in pencil. Deep | 8vo |

# Schedule A

| | | | |
|---|---|---|---|
| 137 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, Dec 6, 1864, To Gen. Maj. Butler. | 4to |
| 150 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, Dec 9, 1864. To Maj. Gen Meade. on HQ Armies of US letterhead. | 4to |
| 153 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, Dec 10, 1864. To Gen. Turner. 4to. on HQ Armies of US letterhead. | 4to |
| 202 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, Dec 10, 1864. To Maj. Gen. Meade. on HQ Armies of US letterhead. | 4to |
| 213 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, Jan 9, 1865. To Maj. Gen. H.W. Halleck (cipher) | 4to |
| 215 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, Jan. 24, 1865. To Hon. G.V. Fox Ass't Sec. Navy -- on HQ Armies of US letterhead. (Henkel's reads "Gibb" but it is Gibbons) | 4to |
| 216 | Grant, Gen. U.S., Autograph Dispatch | signed, 2 pages, 4to, City Point, Jan. 24, 1865. To Maj. Gen. Gibbons | 8vo |
| 227 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, Feb. 3, 1865. To Hon. E.M. Stanton, Sec. (Cipher) | 4to |
| 228 | Grant, Gen. U.S., Autograph Dispatch | 4to, City Point, Feb. 4, 1865. To Maj. Gen Halleck, Washington. (Cipher) | 4to |
| 232 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, Feb. 4, 1865. To Hon. (Cipher) | 4to |
| 235 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, Feb. 5, 1865. To Hon. E.M. Stanton, Sec. (cipher) | 4to |
| 236 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, Feb. 5, 1865. To Maj. Gen. Meade -- on HQ Armies of US letterhead. | 4to |
| 261 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, Feb. 16, 1865. To Lt. Col. Mulford, | 4to |

Case 1:15-cr-00444-GBD Document 95 Filed 10/01/20 Page 9 of 14
Case 1:15-cr-00444-GBD Document 94-1 Filed 09/30/20 Page 9 of 14
Case 1:15-cr-00444-KTD Document 89-2 Filed 06/18/16 Page 3 of 6

## Schedule A

| | | | |
|---|---|---|---|
| 265 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, Feb. 17, 1865. To Maj. Halleck -- on HQ Armies of US letterhead. (Cipher) | 4to |
| 269 | Grant, Gen. U.S., Autograph Dispatch | signed, 2 pages, 4to, City Point, Feb. 18, 1865. To Hon. E.M. Stanton (cipher) | 4to, 2 pp |
| 297 | Grant, Gen. U.S., Autograph Dispatch | signed, 2 pages, 4to, Head Quarters, City Point, Feb. 26, 1865. To Col. Mulford. (Cipher) | 4to |
| 303 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, Feb. 27, 1865. To Maj. Ord. -- on HQ Armies of US letterhead | 4to |
| 304 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, Feb. 27, 1865. To Brig. Gen. Graham | 4to |
| 325 | Grant, Gen. U.S., Autograph Dispatch | signed, 2 pages, 4to, City Point, March 2, 1865. To Gen. Turner. (cipher) - | 4to, 2 pp |
| 326 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, City Point, March 3, 1865. To Maj. Gen. Gibbons. | 4to |
| 343 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, March 3, 1865. To Commodore Radford -- on HQ Armies of US letterhead | 4to |
| 361 | Grant, Gen. U.S., ~~Autograph~~ Dispatch Portion of Dispatch IS in Grant's hand | signed, 4to, City Point, March 9, 1865. To Hon. E.M. Stanton -- portion of dispatch is in Grant's hand AND signed by Grant. -- on HQ Armies of US letterhead . (Cipher) | 4to, 2 pp |
| 370 | Grant, Gen. U.S., Autograph Dispatch | signed, 2 pages, 4to, City Point, March 12, 1865. To Hon. E.M Stanton (cipher) | 4to, 2 pp |
| 382 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, March 14, 1865. To Edwin Stanton -- on HQ Armies of US letterhead (cipher) | 4to, 2 pp |

## Schedule A

| | | | |
|---|---|---|---|
| 385 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, March 14, 1865. To Commadore Radford -- on HQ Armies of US letterhead | 4to |
| 412 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, March 20, 1865. To Maj. Gen Halleck -- on HQ Armies of US letterhead (Cipher) | 4to, 2 pp |
| 448 | Grant, Gen. U.S., Autograph Dispatch | signed, 4to, Head Quarters, City Point, March 27, 1865 To Sidney S. Jermon -- on HQ Armies of US letterhead. All content is in Grant's hand, but signed in another hand. | 4to, 2 pp |
| 493 | Wilson, James F., one of the Managers of the Impeachment Trial of Andrew Johnson. | signed, 4to. Washington, July 19, 1867. To Gen Grant -- on Fortieth Congress US letterhead. | 4to |
| Not found | Special Order, Autograph Letter | signed by Grant appointment | ?? |
| NAC ?03 Henkel Ref. 488 | Letter of unknown origin | This is assumed to be the Seward ALS; Image ?03 - On Department of State Washington Nov. 28, 1864 to Lt. Gen'l Grant. Full Signature "William H. Seward" | |
| NAC 106 | Map | Map of Northern VA War Dept. 1865 -- linen backed folding map - No provenance other than Leet lineage | 25" x 21" |
| NAC 105 | Signed CDV's | Group of 15 signed CDVs, US Generals, all autographed with name and rank/title | 16mo |
| 211 | Grant ADS | signed small 4to, Jany 20, 1865 to Maj. Eckert (cipher) | 8vo |
| NAC101 | Group of 7, 16mo cards each containing ADSs - All pencil signed by Grant with intitules "USG" -- some have text and signature on verso | Mixed content -- most related to leaves of absences, furloughs, and passes. | 16mo |

Case 1:15-cr-00444-GBD Document 95 Filed 10/01/20 Page 11 of 14
Case 1:15-cr-00444-GBD Document 94-1 Filed 09/30/20 Page 11 of 14
Case 1:15-cr-00444-KTD Document 39-2 Filed 08/18/16 Page 5 of 6

# Schedule A

| | | |
|---|---|---|
| NAC102 | Group of nine printed General Orders from HQ Armory of Northern Virginia, all 8vo and printed -- some multiple pages orders by: R.H. Chilton as A.A. General & I.G. and others by Robert E. Lee. | Interesting Confederate association artifacts -- most printed on both sides -- No confederate currency was found with this group. | 8vo |
| NAC 103 | Group of five Harry Truman photographs 10x8, B&W sitting poses | Truman in suit and tie, seated in leather arm chair | 10x8 |
| NAC 104 | Grant inaugural Invitation with original envelope | To A.B. Leet Esq... with original stamped envelope | large 4to |
| NAC 107 | Group of 21 Letters from Col Bowers most to Leet. Solid archive. | Primarily ALSs 1864-1865 -- A variety of content, primarily war-related, associated with his duties. Grant-related content as well. Many on HQ Armies of the US letterhead. | 8vo and 4to |
| NAC 108 | Group of 9 letters form Col Babcock, most to Leet. Good content, both military and personal. | Primarily ALSs  1864 mixed, most ALSs  -  Letter form Gideon Wells in this lot. Many on HQ Armies of the US letterhead. | 8vo and 4to, |
| NAC 109 | Group of 5 Letters from Gen Rawlins - to Leet. Solid archive | Primarily ALSs 1864 - Mostly war related content, associated with his duties.  Grant-related content as well. Many on HQ Armies of the US letterhead. | 8vo on 4to leaf |
| NAC 110 | Group of 8 Letters and one envelope (with note) from Col Badeau | 1864 mixed, most ALSs.  Envelope is 12mo with blue wax pencil. | 8vo |

Case 1:15-cr-00444-GBD   Document 95   Filed 10/01/20   Page 12 of 14
Case 1:15-cr-00444-GBD   Document 94-1   Filed 09/30/20   Page 12 of 14
Case 1:15-cr-00444-KTD   Document 89-2   Filed 06/18/16   Page 6 of 6

## Schedule A

| | | |
|---|---|---|
| NAC 111 | Sheridan and his generals -- mounted to have stock marked "Brady" "Washington" below image: Most likely: Sheridan Wilson, Merritt, Brady Studio mark on high-quality photograph, typical Gregg, Davies, Torbert (per ID on verso) original mount. Six total. | 7x9-1/4 |
| NAC 112 | Glass plate negative -- US Grant | 7-7/8 x 9-7/8 |
| NAC 113 | Glass plate negative -- ID'd as damaged -- section of glass broken off and not present Theodore Roosevelt Inauguration | 7-15/16 x 9-15/16 |
| NAC 114 | Group of 54 letters related to most war date: Includes an ANS - IOU for $2.00 signed Leet -- some Grant ALS's and "U.S. Grant" and ANS giving order to provide Grant DSs. equipment and command. Signed "USG" NOTE: This item may be the "Special Order Signed By Grant" in the "Grant Inventory pg 1" listing | 4to and 8vo |

Case 1:15-cr-00444-GBD   Document 95   Filed 10/01/20   Page 13 of 14
Case 1:15-cr-00444-GBD   Document 94-1   Filed 09/30/20   Page 13 of 14
Case 1:15-cr-00444-KTD   Document 29-2   Filed 08/18/16   Page 1 of 2

## Schedule B

| | | | |
|---|---|---|---|
| 770 | One book of early photo repros/photostats of Grant letters bound in red leather binder and cloth case | 16" x 13" | photostat negative images of various letters -- sample photographed -- |
| NAC 502 | 12x18 inch negative - 5/6/1865 Harper's Weekly | x | |
| NAC 501 | 12x18 inch negative- 5/6/1865 Frank Leslie's Illustrated | x | |
| NAC 503 | Laminated Harper's Weekly 5/20/1865 | x | |
| NAC 504 | Leather-bound photo album with 65 photos | 6x9 | Individual photos are unidentified at this point -- Assumed to be Leet family related. None are readily recognizable. Major damage to album. |
| NAC 505 | 1866 Army Register | 8vo | |
| NAC 506 | 2/5/1964 Lincoln Birthday Dinner card | 9-1/2 x 6-1/4" | Indian Spring Country Club |
| NAC 507 | Photograph of Abraham Lincoln dated 8/25/1858 | 6-1/2 x 4-1/4 | Cabinet photo - Rider / Chicago -- This appears to be a mirror image copy of the T. Painter Pearson's 1858 ambrotype -- Ostendorf O-8 Circa 1890. Pencil verso note "1858 Aug. 25th" |
| NAC 508 | Book - Narrative of the Campaign- Valley of Shenandoah in 1861, by Robert Patterson | 4to | damaged |
| NAC 509 | Book - Battle of Waterloo, by Victor Hugo | 8vo | damaged |
| NAC 510 | Book - Anna Karenina, Vol. 1, by Count Tolstoy | 16mo | damaged |
| NAC 511 | Book - Sherlock Homes detective stories by A. Conan Doyle | 16mo | damaged |

1

Case 1:15-cr-00444-GBD   Document 95   Filed 10/01/20   Page 14 of 14
Case 1:15-cr-00444-GBD   Document 94-1   Filed 09/30/20   Page 14 of 14
Case 1:15-cr-00444-KTD   Document 39-2   Filed 07/18/16   Page 2 of 2

## Schedule B

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAC 512 | Book with cover missing - Official Souvenir of the Centennial, Mount Vernon, Virginia | 4to | | | | | | | | damaged | | | |
| NAC 513 | Framed 12x10 inch photograph of Abraham Lincoln | 12-3/4 x 10-3/4 OA | | | | | | | | print, contemporary | | | |
| NAC 514 | Doris Day Columbia 78 in sleeve | 10-1/4" x 10-/14 | | | | | | | | fair | | | |

2